# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 13-16006-MDC

DALE FERA JR
THERESA M. FERA
2303 BOWMAN AVENUE

BENSALEM, PA 19020-

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DALE FERA JR
THERESA M. FERA
2303 BOWMAN AVENUE

BENSALEM, PA 19020-

Counsel for debtor(s), by electronic notice only.

PATRICIA M. MAYER, ESQUIRE
WATERMAN & MAYER  LLP
301 OXFORD VALLEY RD - SUITE 203B
YARDLEY, PA 19067-

Date: 3/17/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee