Christopher M. McMonagle, Esq.
Stern ^ Eisenberg, PC
1581
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>    DALE FERA, JR.<br><br>    THERESA M. FERA<br>    THERESA HARRINGTON<br>        DEBTORS(S) | CHAPTER: 13<br><br>BANKRUPTCY CASE: 13-16006-MDC<br><br>JUDGE: COLEMAN, MAGDELINE D. |
| SUTTON FUNDING LLC<br>        MOVANT<br>V.<br><br>    DALE FERA, JR.<br><br>    THERESA M. FERA<br>    THERESA HARRINGTON<br>        DEBTORS(S) | |

## ORDER APPROVING STIPULATION/CONSENT ORDER

    AND NOW, this ____17th_____ day of _____January_____, 2018, upon consideration of the Stipulation between Debtors and SUTTON FUNDING LLC, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

MFR – APO/STIP BF