United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-16006-mdc
Dale Fera, Jr.                                                  Chapter 13
Theresa M. Fera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett       Page 1 of 1          Date Rcvd: Jan 17, 2018
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db/jdb        +Dale Fera, Jr.,   Theresa M. Fera,   2303 Bowman Avenue,   Bensalem, PA 19020-5205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    VOLT 2012-NPL1 Asset Holdings Trust, by Caliber Home
         Loans, Inc., solely in its capacity as servicer agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Sutton Funding LLC
         cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
        PATRICIA M. MAYER    on behalf of Joint Debtor Theresa M. Fera pmayer.esq@comcast.net,
         nydia.ramirez@comcast.net
        PATRICIA M. MAYER    on behalf of Debtor Dale  Fera, Jr. pmayer.esq@comcast.net,
         nydia.ramirez@comcast.net
        RICHARD M SQUIRE    on behalf of Creditor    VOLT 2012-NPL1 Asset Holdings Trust, by Caliber Home
         Loans, Inc., solely in its capacity as servicer rsquire@squirelaw.com,  lcolwell@squirelaw.com
        THOMAS I. PULEO    on behalf of Creditor    VOLT 2012-NPL1 Asset Holdings Trust, by Caliber Home
         Loans, Inc., solely in its capacity as servicer tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 8

Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>      DALE FERA, JR.<br><br>      THERESA M. FERA<br>      THERESA HARRINGTON<br>         DEBTORS(S) | CHAPTER: 13<br><br>BANKRUPTCY CASE: 13-16006-MDC<br><br>JUDGE: COLEMAN, MAGDELINE D. |
| SUTTON FUNDING LLC<br>         MOVANT<br>V.<br><br>      DALE FERA, JR.<br><br>      THERESA M. FERA<br>      THERESA HARRINGTON<br>         DEBTORS(S) | |

## ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, this _____17th_____ day of _____January_____, 2018, upon consideration of the Stipulation between Debtors and SUTTON FUNDING LLC, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

MFR – APO/STIP BF