STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Dale Fera, Jr. & Theresa M. Fera
    Debtor(s)

SUTTON FUNDING LLC
    Creditor/Movant
v.
Dale Fera, Jr. &Theresa M. Fera
    Respondant

Chapter 13

Bankruptcy Case: 13-16006-MDC

Judge: Magdeline D. Coleman

# O R D E R

AND NOW, this 23rd day of July, 20 18 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of SUTTON FUNDING LLC and any successor in interest and Debtor, Dale Fera, Jr. & Theresa M. Fera, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow SUTTON FUNDING LLC and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): **2303 Bowman Avenue, Bensalem, PA 19020-5205**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

*Magdeline D. Coleman*
UNITED STATES BANKRUPTCY JUDGE