United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Dale Fera, Jr.
Theresa M. Fera
     Debtors

Case No. 13-16006-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jul 23, 2018
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2018.
db/jdb        +Dale Fera, Jr.,    Theresa M. Fera,    2303 Bowman Avenue,    Bensalem, PA 19020-5205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2018 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    VOLT 2012-NPL1 Asset Holdings Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Sutton Funding LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
         PATRICIA M. MAYER    on behalf of Debtor Dale Fera, Jr. pmayer.esq@comcast.net, nydia.ramirez@comcast.net
         PATRICIA M. MAYER    on behalf of Joint Debtor Theresa M. Fera pmayer.esq@comcast.net, nydia.ramirez@comcast.net
         RICHARD M SQUIRE    on behalf of Creditor    VOLT 2012-NPL1 Asset Holdings Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer rsquire@squirelaw.com, lcolwell@squirelaw.com
         THOMAS I. PULEO    on behalf of Creditor    VOLT 2012-NPL1 Asset Holdings Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                                                                         TOTAL: 9

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Dale Fera, Jr. & Theresa M. Fera<br>　　　　Debtor(s)<br><br>SUTTON FUNDING LLC<br>　　　　Creditor/Movant<br>v.<br>Dale Fera, Jr. &Theresa M. Fera<br>　　　　Respondant | Chapter 13<br><br>Bankruptcy Case:  13-16006-MDC<br><br>Judge: Magdeline D. Coleman |

## **O R D E R**

AND NOW, this 23rd day of July, 20 18 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of SUTTON FUNDING LLC and any successor in interest and Debtor, Dale Fera, Jr. & Theresa M. Fera, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow SUTTON FUNDING LLC and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"):  ***2303 Bowman Avenue, Bensalem, PA 19020-5205***.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE