United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 13-16006-mdc
Dale Fera, Jr.                                                  Chapter 13
Theresa M. Fera
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Antoinett            Page 1 of 2            Date Rcvd: Sep 18, 2018
                               Form ID: 138NEW            Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
```
db/jdb         +Dale Fera, Jr.,    Theresa M. Fera,    2303 Bowman Avenue,    Bensalem, PA 19020-5205
cr             +BARCLAYS BANK PLC C/O SHELLPOINT MORTGAGE SERVICIN,    PO BOX 10826,    GREENVILLE, SC 29603-0826
13587527       +Barclays Bank PLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville SC 29603-0826
13203813       +Belknap & Mayer, P.C.,    301 Oxford Valley Road, Suite 203B,    Yardley, PA 19067-7708
13096110       +Central Financial Control,    PO Box 66044,    Anaheim, CA 92816-6044
13096111       +CitiBank,    PO Box 6500,    Sioux Falls, SD 57117-6500
13096112       +Diagnostic Imaging Inc,    4 Neshaminy Interplex,    Suite 209,    Trevose, PA 19053-6940
13096113       +Equifax Information Services,    PO box 740256,    Atlanta, GA 30374-0256
13096115        LVNV Funding, LLC,    PO Box 104597,    Suite 110,    Greenville, NC  29603
13096116       +Merchants Assoc Collection Div,    134 S. Tampa Street,    Tampa, FL 33602-5354
13096117       +Michael Volk, Esquire,    Fulton, Friedman & Gullace LLP,    130B Gettysburg Pike,
                 Mechanicsburg, PA 17055-5653
13096120       +Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
13096122       +St. Christopher's Hospital for Children,    3601 A Street,    Philadelphia, PA 19134-1095
13096123       +TransUnion,    PO Box 6790,    Fullerton, CA 92834-9416
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:40:01     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13138187        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2018 02:52:51
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13120014        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2018 02:52:18
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13096106       +E-mail/Text: kristend@lobaf.com Sep 19 2018 02:39:41     Barbara A. Fein, Esquire,
                 721 Dresher Road, Suite 1050,    Horsham, PA 19044-2266
13117579       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 19 2018 02:40:26      CALIBER HOME LOANS,INC.,
                 13801 WIRELESS WAY,    OKLAHOMA CITY,OKLAHOMA 73134-2500
13096107       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 19 2018 02:40:26      Caliber Home Loans, Inc.,
                 PO Box 24330,    Oklahoma City, OK 73124-0330
13096108       +E-mail/Text: clientrep@capitalcollects.com Sep 19 2018 02:40:28     Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
13096109        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2018 02:51:29     Capital One,
                 Bankruptcy Department,    PO Box 85167,    Richmond, VA  23285-5167
13134002       +E-mail/Text: cio.bncmail@irs.gov Sep 19 2018 02:38:40     DEPARTMENT OF TREASURY,
                 INTERNAL REVENUE SERVICE,    P O BOX 7346,    PHILADELPHIA PA 19101-7346
13096114       +E-mail/Text: BKRMailOPS@weltman.com Sep 19 2018 02:38:44     Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
13204313        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2018 02:52:16
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13096118       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2018 02:39:22     Midland Credit Management,
                 8875 Aero Drive,    San Diego, CA 92123-2255
13183750        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:52:35
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13120689        E-mail/Text: bnc-quantum@quantum3group.com Sep 19 2018 02:38:55
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13096121        E-mail/PDF: cbp@onemainfinancial.com Sep 19 2018 02:51:55     Springleaf Financial,
                 600 North Royal Ave,    Evansville, IN  47715
13210493        E-mail/PDF: cbp@onemainfinancial.com Sep 19 2018 02:51:55     Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731-3251
13096124       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 19 2018 02:38:28
                 Verizon,    500 Technology Drive,    Suite 300,    Weldon Spring, MO 63304-2225
13096125        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 19 2018 02:38:48     Victoria's Secret/WFNNB,
                 PO Box 182125,    Columbus, OH  43218-2125
13096126       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 19 2018 02:40:14     Webbank,
                 215 South State Street,    Suite 800,    Salt Lake City, UT 84111-2339
13096127       +E-mail/Text: BKRMailOps@weltman.com Sep 19 2018 02:39:26     Weltman Weinberg & Reis Co.,
                 Michael J. Dougherty, Esq.,    325 Chestnut St., Ste. 501,    Philadelphia, PA 19106-2605
                                                                                               TOTAL: 22
```

```
District/off: 0313-2          User: Antoinett            Page 2 of 2              Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW            Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Barclays Bank PLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
               Greenville, SC 29603-0826
cr*          +Barclays Bank PLC,    c/o ShellPoint Mortgage Servicing,    PO BOX 10826,
               GREENVILLE, SC 29603-0826
13096119    ##+Robert Boroska, Esquire,    425 Eagle Rock Ave.,    Suite 403,    Roseland, NJ 07068-1717
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    VOLT 2012-NPL1 Asset Holdings Trust, by Caliber Home
               Loans, Inc., solely in its capacity as servicer agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Sutton Funding LLC
               cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              PATRICIA M. MAYER    on behalf of Debtor Dale  Fera, Jr. pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              PATRICIA M. MAYER    on behalf of Joint Debtor Theresa M. Fera pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              RICHARD M SQUIRE    on behalf of Creditor    VOLT 2012-NPL1 Asset Holdings Trust, by Caliber Home
               Loans, Inc., solely in its capacity as servicer rsquire@squirelaw.com,   lcolwell@squirelaw.com
              THOMAS I. PULEO    on behalf of Creditor    VOLT 2012-NPL1 Asset Holdings Trust, by Caliber Home
               Loans, Inc., solely in its capacity as servicer tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Dale Fera, Jr. and Theresa M. Fera
    Debtor(s)

Bankruptcy No: 13−16006−mdc
Chapter: 13

---

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/18/18

68 – 66
Form 138_new