United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 13-16006-mdc
Dale Fera, Jr.                                                  Chapter 13
Theresa M. Fera
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Antoinett         Page 1 of 1         Date Rcvd: Sep 18, 2018
                            Form ID: 212            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db/jdb         +Dale Fera, Jr.,    Theresa M. Fera,    2303 Bowman Avenue,    Bensalem, PA 19020-5205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    VOLT 2012-NPL1 Asset Holdings Trust, by Caliber Home
               Loans, Inc., solely in its capacity as servicer agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Sutton Funding LLC
               cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              PATRICIA M. MAYER    on behalf of Debtor Dale  Fera, Jr. pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              PATRICIA M. MAYER    on behalf of Joint Debtor Theresa M. Fera pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              RICHARD M SQUIRE    on behalf of Creditor    VOLT 2012-NPL1 Asset Holdings Trust, by Caliber Home
               Loans, Inc., solely in its capacity as servicer rsquire@squirelaw.com,   lcolwell@squirelaw.com
              THOMAS I. PULEO    on behalf of Creditor    VOLT 2012-NPL1 Asset Holdings Trust, by Caliber Home
               Loans, Inc., solely in its capacity as servicer tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:   Chapter: 13

  Dale Fera, Jr. and Theresa M. Fera

Debtor(s)   Case No: 13−16006−mdc

---

*ORDER*

AND NOW, 9/18/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

  ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

  ☒ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Magdeline D. Coleman

Judge ,United States Bankruptcy Court