United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Dale Fera, Jr.
Theresa M. Fera
     Debtors

Case No. 13-16006-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Oct 26, 2018
                           Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.
db/jdb        +Dale Fera, Jr.,    Theresa M. Fera,    2303 Bowman Avenue,    Bensalem, PA 19020-5205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                           Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    VOLT 2012-NPL1 Asset Holdings Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Sutton Funding LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
        PATRICIA M. MAYER    on behalf of Debtor Dale Fera, Jr. pmayer.esq@comcast.net, nydia.ramirez@comcast.net
        PATRICIA M. MAYER    on behalf of Joint Debtor Theresa M. Fera pmayer.esq@comcast.net, nydia.ramirez@comcast.net
        RICHARD M SQUIRE    on behalf of Creditor    VOLT 2012-NPL1 Asset Holdings Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer rsquire@squirelaw.com, lcolwell@squirelaw.com
        THOMAS I. PULEO    on behalf of Creditor    VOLT 2012-NPL1 Asset Holdings Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                        TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                  : Chapter 13

Dale Fera, Jr. and Theresa M. Fera                         : Case No. 13–16006–mdc

      Debtor(s)

***ORDER***
_____

    AND NOW, this day , 26th day of October, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

73
Form 195